IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID LEE CANNON,

          Petitioner,

v.

CURTIS L. LANDERS, Lincoln County Sheriff,

          Respondent.

Case No. 6:19-cv-00016-SB

**ORDER**

**BECKERMAN, U.S. Magistrate Judge.**

This Court grants Petitioner's unopposed Motion to Dismiss (ECF No. 17). This proceeding is DISMISSED, without prejudice.

///

///

///

///

1 - ORDER

This Court denies a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this _____ day of April, 2019.

_____
Stacie F. Beckerman
United States Magistrate Judge